Mirna Figueroa,
Plaintiff

Notice of Removal

v.

Cactus Mexican Grill
and Rigoberto Villanueva,

Defendants

Now comes Defendants Cactus Grill and Rigoberto Villanueva, and move this court to transfer this case from a state court of Massachusetts.

There are Federal questions and claims.
1) Whether the FLSA agreement and Release Bars plaintiff from Bringing this action.

Respectfully submitted,
Rigoberto Villanueva x
50 Cherry St, Chelsea MA
02150

Cactus Grill
x [signature]

FILED
IN CLERKS OFFICE
2021 MAR 15 PM 3:55
U.S. DISTRICT COURT
DISTRICT OF MASS.